**MARK W. COLEMAN #117306**
**NUTTALL COLEMAN & DRANDELL**
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
mcoleman@nuttallcoleman.com

ATTORNEYS FOR Defendant,
WALTER KEITH

UNITED STATES DISTRICT COUNT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>WALTER KEITH,<br><br>Defendants. | Case No: **1:19-CR-00197-LJO-SKO**<br><br>**STIPULATION FOR MODIFICATION OF DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE; ORDER** |

TO: THE HONORABLE MAGISTRATE JUDGE SHIELA K. OBERTO, AND TO THE UNITED STATES ATTORNEY AND HIS REPRESENTATIVE, ASSISTANT UNITED STATES ATTORNEY, JESSICA A. MASSEY:

Defendant, WALTER KEITH, by and through his counsel, MARK W. COLEMAN, of NUTTALL COLEMAN & DRANDELL, hereby applies for an order modifying his conditions of release to have his travel restricted to the State of California, instead of the Eastern District of California.

Mr. Keith is requesting modification of travel restrictions to allow him to work throughout the State of California, which includes areas outside the Eastern District of California.

Since being placed on pre-trial release Mr. Keith has been in continued contact with his pretrial services officer, Anthony Andrews, and has done everything asked of him. Pre-Trial services is agreeable to the modification requested.

Assistant United States Attorney Jessica Massey does not have an objection to this request.

**IT IS HEREBY STIPULATED** by and between the parties hereto that Walter Keith's travel restrictions be modified as follows: "Travel restricted to the State of California, unless otherwise approved in advance by the Pretrial Services Officer."

Dated: October 1, 2019.          NUTTALL COLEMAN & DRANDELL

/s/ Mark W. Coleman

MARK W. COLEMAN
Attorney for Defendant
ROBERT CORDOVA

Dated: October 1, 2019.          UNITED STATES ATTORNEY'S OFFICE

/s/ Jessica A. Massey

JESSICA A. MASSEY
Attorney for Plaintiff

### **ORDER**

**IT IS SO ORDERED** that Walter Keith's travel restriction be modified as follows: Travel restricted to the State of California, unless otherwise approved in advance by the Pretrial Services Officer.

IT IS SO ORDERED.

Dated:   **October 2, 2019**          /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE