PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WALTER RYAN KEITH, <br><br> Defendant. | CASE NO. 1:19-CR-00197-JLT-SKO <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER <br><br> DATE: June 27, 2023 <br> TIME: 1:00pm <br> COURT: Hon. Sheila K. Oberto |

This case is set for trial on June 27, 2023. The parties request the Court to vacate the trial date and to set the case for a change of plea on July 10, 2023.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on June 27, 2023.

2. By this stipulation, defendant now moves to vacate the trial and set the case for a change of plea on July 10, 2023, and to exclude time between June 27, 2023, and July 10, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case has been provided. The government has provided a plea offer to the defendant via counsel.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

b) The parties have reached, executed and filed a plea agreement in this case.

c) Due to counsel for defendant's impacted schedule, the defendant requests July 10, 2023 for the change of plea proceeding.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 27, 2023 to July 10, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 8, 2023                                  PHILLIP A. TALBERT
                                                      United States Attorney

                                                      /s/ KIMBERLY A. SANCHEZ
                                                      KIMBERLY A. SANCHEZ
                                                      Assistant United States Attorney

Dated:  June 8, 2023                                  /s/ MARK W. COLEMAN
                                                      MARK W. COLEMAN
                                                      Counsel for Defendant
                                                      WALTER RYAN KEITH

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:   June 12, 2023

Hon. JENNIFER L. THURSTON
United States District Court Judge